IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | EX PARTE |
| v. | : | |
| | : | |
| | : | CASE NOS: |
| BOBBY LEON KAISER | : | 7:23-cr-065-WLS-TQL-3 |
| and | : | and |
| CHRISTOPHER FERNANDER MARTIN | : | 7:23-cr-065-WLS-TQL-12 |
| | : | |
| Defendants. | : | |
| _____ | : | |

## ORDER

Before the Court are Defendant Bobby Leon Kaiser's Motion to Sever, as supplemented (Docs. 447, 464) ("Kaiser's Motion to Sever") and Defendant's Response to Court Order and Motion Requesting to Sever Trial, as amended (Docs. 446 & 449) ("Martin's Motion to Sever" and together with Kaiser's Motion to Sever, the "Motions to Sever"). On November 13, 2024, an ex parte hearing was held on the Motions to Sever. During that hearing, it became apparent to the Court that Defendants Kaiser and Martin sought to introduce potential exculpatory evidence of co-defendant Calvin James Smith, Jr. ("Smith Jr.") not through Smith Jr.'s direct testimony, but rather through the testimony of the investigator(s) who conducted the interview with Smith Jr. subsequent to Smith Jr.'s arrest.

During the November 13, 2024 hearing, Defense Counsel presented the audio of portions of Smith Jr.'s testimony that they desired to present during their respective clients' trials. Defendant Martin's Notice of *Ex Parte* Recording with Court (Doc. 518) was filed on October 23, 2024. Relevant portions of that recording played at the November 13, 2024 hearing begin at 1:05 with respect to Martin and at 1:07 with respect to Kaiser.[1]

Based on the foregoing, it is hereby **ORDERED** that:

1. The Motions to Sever (Docs. 447, 464 (Kaiser) & 446, 449 (Martin)) remain under submission;

---

[1] Time period starting 1:03:53 and ending 1:09 were played for the Court during the November 13, 2024 hearing.

2. On or before **Friday, December 13, 2024** (thirty (30) days prior to the January 13, 2024 trial date of this matter), Defendants Kaiser and Martin, through their respective counsel, shall file ex parte supplements refining their clients' arguments and citations of authority with respect to the Motions to Sever.

3. Upon the Court's review of such supplements, if necessary, the Court will notice the Government to respond and schedule a hearing on the Motions to Sever.

**SO ORDERED**, this 19th day of November 2024.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**