IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | UNDER SEAL |
| | : | |
| | : | CASE NOS: |
| BOBBY LEON KAISER | : | 7:23-cr-065-WLS-TQL-3 |
| and | : | and |
| CHRISTOPHER FERNANDER MARTIN | : | 7:23-cr-065-WLS-TQL-12 |
| | : | |
| | : | |
| Defendants. | : | |
| _____ | : | |

## ORDER

On November 13, 2024, an ex parte hearing was held on the Motions to Sever[1] filed by Defendants Bobby Leon Kaiser ("Kaiser") and Defendant Christopher Fernander Martin ("Martin"). During that hearing, it became apparent to the Court that Defendants Kaiser and Martin sought to introduce potential exculpatory evidence of co-defendant Calvin James Smith, Jr. ("Smith Jr.") not through Smith Jr.'s direct testimony, but rather through the testimony of the investigator(s) who conducted the interview with Smith Jr. subsequent to Smith Jr.'s arrest.[2]

Before the Court are Defendant Bobby Leon Kaiser's *Ex Parte* Brief in Support of his Motion to Sever (Doc. 602) ("Kaiser Supplement") and Defendant Martin's *Ex Parte* Supplement Response to Court Order (Doc. 604) ("Martin Supplement" and together with the Kaiser Supplement, the "Supplements"). The Supplements were filed in response to the Court's Order (Doc. 571) entered November 19, 2024, requiring Defendants Kaiser and Martin to refine their clients' arguments and to provide citations of authority in support of their Motions to Sever. Having reviewed the Supplements, the Court finds that it is appropriate

---

[1] The term "Motions to Sever" refers to Defendant Bobby Leon Kaiser's Motion to Sever, as supplemented (Docs. 447, 464, 515) ("Kaiser's Motion to Sever") and Defendant Martin's Response to Court Order and Motion Requesting to Sever Trial, as supplemented (Docs. 446, 449, 519) ("Martin's Motion to Sever" and together with Kaiser's Motion to Sever, the "Motions to Sever").

[2] The relevant portions of Smith Jr.'s interview with law enforcement played at the November 13, 2024 hearing begin at 1:05 with respect to Martin and at 1:07 with respect to Kaiser.

for the Government to respond to the Supplements and for a second hearing to be scheduled with respect to the Motions to Sever, as refined by the Supplements.

Accordingly, is hereby **ORDERED** that:

1. On or before **Friday, December 27, 2024**, the Government shall file a response to the Kaiser Supplement and the Martin Supplement.

2. Defendants Kaiser and/or Martin may file a reply not later than **Thursday, January 2, 2025**.

3. A hearing on the Motions to Sever and Supplements as fully briefed by the Parties shall be held during the Pretrial Conference scheduled for **Tuesday, January 7, 2025 at 2:00 p.m.**, in Albany, Georgia.

4. The Clerk is **DIRECTED** to make Defendants Kaiser' and Martin's referenced Supplements (Docs. 602, 604), the Court's November 19, 2024 Order to supplement (Doc. 571), and the instant Order available to counsel for the Government.

**SO ORDERED**, this 17th day of December 2024.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**