# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| v. : | **CASE NO:** |
| : | **7:23-cr-065—WLS-AGH-3** |
| **BOBBY LEON KAISER** : | |
| : | |
| Defendant. : | |
| _____ : | |

## ORDER

Before the Court is the Government's Unopposed Request for Extension of Time to File PSR Objections (Doc. 864) ("Motion") filed September 30, 2025. Therein, the Government requests a seven-day extension of time within which to file objections, if any, to the Draft Presentence Investigation Report (Doc. 852) ("PSR). Objections are currently due no later than October 1, 2025. The sentencing hearing in this matter is scheduled for Wednesday, October 22, 2025. The extension is requested to allow the Government to confer with case agents regarding the accuracy of the contents of the statement of facts and to prepare to produce evidence to support potential objections, if any. The Government's counsel represents that she has conferred with Defendant's counsel, who does not object to an extension of one week. The Court finds that the Government's request for an extension of time within which to file objections, if any, to the PSR is well taken.

Accordingly, the Motion (Doc. 862) is **GRANTED**. The Government shall have through and including **Wednesday, October 8, 2025**, within which to file objections, if any, to the Draft Presentence Investigation Report.

**SO ORDERED**, this 2nd day of October 2025.

/s/W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**